IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERTRUDE MAE FLYNN, individually and on behalf of all others similarly situated, | Case No. 2:17-cv-01618-LPL |
| Plaintiff, | |
| v. | |
| CONCORD HOSPITALITY ENTERPRISES COMPANY, | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Through her undersigned counsel, Plaintiff Gertrude Mae Flynn ("Plaintiff" or "Ms. Flynn"), respectfully moves this Court for an Order preliminarily approving the terms of a proposed class action settlement; approving the form and method of providing notice of the settlement to the class; and scheduling a final hearing regarding the settlement. In support of this Motion, Ms. Flynn avers as follows:

1. After conducting discovery, mediation, and multiple proposals/counterproposals, as well as consideration of the risks, possible delays and expense likely to result from prolonged litigation, Ms. Flynn and Concord Hospitality Enterprises Company ("Defendant" or "Concord") have reached agreement on the terms of a proposed class settlement. On or about June 1, 2018, the Parties executed a Class Action Settlement Agreement ("Settlement Agreement" or "Agreement"), a copy of which is attached hereto as **Exhibit 1**.

2. The Settlement Agreement represents a comprehensive settlement of the issues raised in the above-captioned case.

3. The Parties believe that the Settlement Agreement offers a fair and equitable result to those affected by it.

4. The Parties believe that the Settlement Agreement will result in significant long-term benefits for individuals who are members of the proposed settlement class.

5. Consistent with the Memorandum of Law filed herewith, Ms. Flynn respectfully requests that the Court sign the proposed Order preliminarily approving the terms of a proposed Class Action Settlement; approving the form and method of providing Notice of the Settlement to the Class; and scheduling a final hearing regarding the Settlement.

WHEREFORE, Plaintiff hereby moves this Court for an Order: (1) preliminarily approving the terms of the Settlement as set forth in Exhibit 1; (2) approving the form of Notice and method of providing Notice of the Settlement to the Class as set forth in the Settlement Agreement, and directing that said form of Notice be provided to Class Members in that manner; and (3) scheduling a Final Settlement Hearing at which the request for final approval of the proposed Settlement and the entry of the Final Judgment and Order will be considered. A proposed Order Preliminarily Approving the Class Settlement; Directing the Issuance of Settlement Notice; and, Scheduling a Hearing on Final Approval is attached to the Settlement Agreement as Exhibit "A."

Dated: June 1, 2018										Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Gary F. Lynch
glynch@carlsonlynch.com
Kelly K. Iverson
kiverson@carlsonlynch.com
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on Friday, June 1, 2018, a true and correct copy of PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT was served on all counsel of record via the Court's electronic filing system.

By: /s/ R. Bruce Carlson