## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERTRUDE MAE FLYNN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCORD HOSPITALITY ENTERPRISES COMPANY,<br><br>Defendant. | Case No. 2:17-cv-01618-LPL<br><br>Judge Lisa Pupo Lenihan |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
### APPROVAL OF CLASS ACTION SETTLEMENT

For all the reasons set forth in the accompanying Memorandum in Support of Unopposed Motion for Final Approval of Class Action Settlement, Plaintiff respectfully requests that the Court enter the proposed Final Order and proposed Final Judgment certifying the proposed Settlement Class and approving the proposed Settlement as being fair, reasonable, and adequate to the Class.

Attached to this Motion are the following exhibits:
Exhibit 1 – Declaration of Kelly K. Iverson
Exhibit 2 – Declaration of Lila S. Hedlund
Exhibit 3 – Proposed Final Judgment

Dated: November 19, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ R. Bruce Carlson*
　　　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　　　bcarlson@carlsonlynch.com
　　　　　　　　　　　　　　　　　　　　Kelly K. Iverson
　　　　　　　　　　　　　　　　　　　　kiverson@carlsonlynch.com
　　　　　　　　　　　　　　　　　　　　**CARLSON LYNCH SWEET**
　　　　　　　　　　　　　　　　　　　　**KILPELA & CARPENTER, LLP**
　　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　(412) 322-9243
　　　　　　　　　　　　　　　　　　　　(412) 231-0246 (Facsimile)

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 19, 2018, a true and correct copy of PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT was served upon all counsel of record via the Court's electronic filing system.

*/s/ R. Bruce Carlson*