# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERTRUDE MAE FLYNN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONCORD HOSPITALITY ENTERPRISES COMPANY,<br><br>Defendant. | Case No. 2:17-cv-01618-LPL<br><br>Judge Lisa Pupo Lenihan |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement and all other materials properly before the Court, and having conducted an inquiry, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, is fair, reasonable and adequate, and accordingly the Settlement Agreement is approved. The Court will, or the Clerk of the Court shall simultaneously, enter the Judgment (Exhibit 3 to Motion for Final Approval) provided in the Settlement Agreement. Class Counsel shall effectuate the Settlement consistent with the terms of the Settlement Agreement.

DATED: 11-27-18

Hon. Lisa Pupo Lenihan
United States Magistrate Judge